KATHERINE A. MANUEL CA Bar No. 340838
katherine.manuel@ogletree.com
ALLISON J. FERNANDEZ CA Bar No. 272853
allison.fernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendants
VALERO SERVICES, INC. and
VALERO ENERGY CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HULBERT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>VALERO SERVICES, INC.; VALERO ENERGY CORPORATION; and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No. 2:25-cv-03077-JAM-CSK<br><br>**STIPULATION AND ORDER TO SUBMIT ACTION TO BINDING ARBITRATION AND STAY ACTION PENDING ARBITRATION**<br><br>Complaint Filed:  September 18, 2025<br>Trial Date:        None Set<br>Judge:             Hon. John A. Mendez |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Chad Hulbert ("Plaintiff") and Defendants Valero Services, Inc. ("VSI") and Valero Energy Corporation ("VEC") (collectively, "Defendants"), through their respective counsel of record, hereby stipulate to an Order staying this action pending arbitration of Plaintiff's claims:

WHEREAS, on or about September 18, 2025, Plaintiff filed the above-captioned action against Defendants in the Solano County Superior Court, Case No. TC25-640, asserting claims against Defendants for (1) Disability Discrimination and Wrongful Termination; (2) Failure to Provide Reasonable Accommodation; (3) Failure to Engage in a Good Faith Interactive Process; (4) Failure to Prevent Discrimination; and (5) Declaratory and Injunctive Relief (hereinafter, the "Superior Court Action"). All of Plaintiff's claims arise out of his employment with VSI.

WHEREAS, Defendants timely removed the Superior Court Action to this Court on or about October 22, 2025, based on diversity jurisdiction.

WHEREAS, on February 23, 2021, Plaintiff executed a Notice and Agreement for Valero's Mandatory Dispute Resolution Program (the "Arbitration Agreement") in connection with his employment with VSI, attached hereto as **Exhibit A**. The Arbitration Agreement required final and binding arbitration of disputes arising out of his employment with VSI pursuant to the Federal Arbitration Act ("FAA").

WHEREAS, the Arbitration Agreement expressly incorporates the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association ("AAA"), to the extent not inconsistent with the Arbitration Agreement.

WHEREAS, the Parties have met and conferred and now stipulate to an Order that: (i) Plaintiff must arbitrate his claims pursuant to the terms of the Arbitration Agreement; and (ii) this action shall be stayed pending arbitration of Plaintiff's claims.

WHEREAS, the Parties, either of them, will stipulate or move to lift the stay upon the filing of any post-arbitration application to confirm, vacate, or correct the arbitration award, or upon a dismissal of the arbitration proceeding.

**NOW, THEREFORE,** the Parties, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE** as follows:

1      1.     The Parties agree that this matter shall be submitted to private binding arbitration with

2  AAA pursuant to the enforceable Arbitration Agreement;

3      2.     Pursuant to the Arbitration Agreement, if the Parties cannot select a mutually

4  agreeable arbitrator, then an arbitrator shall be selected pursuant to AAA's rules; and

5      3.     The Parties agree that all proceedings in this Court should be stayed pending the full

6  and final resolution of Plaintiff's claims in arbitration.

7      **IT IS SO STIPULATED.**

8

9

10  DATED:  December 23, 2025          LAW OFFICE OF MANN & ELIAS

11

12                    By: /s/ *Imad Elias*    (as authorized on 12/22/25).

13                          IMAD ELIAS

14                          Attorneys for Plaintiff
                              CHAD HULBERT

15

16  DATED:  December 23, 2025          OGLETREE, DEAKINS, NASH, SMOAK &

17                          STEWART, P.C.

18

19                    By: /s/ *Allison J. Fernandez*

20                          KATHERINE A. MANUEL
                              ALLISON J. FERNANDEZ

21

22                          Attorneys for Defendants
                              VALERO SERVICES, INC. and
                              VALERO ENERGY CORPORATION

23

24

25

26

27

28

STIPULATION AND ORDER TO SUBMIT ACTION TO BINDING ARBITRATION AND STAY
ACTION PENDING ARBITRATION

1

**ORDER**

2        Pursuant to the Parties' Joint Stipulation, and good cause appearing therefore, the Court

3  orders the following:

4        1.   The Parties submit this entire dispute to binding arbitration with the American Arbitration

5             Association ("AAA") pursuant to the instant Stipulation; and

6        2.   This entire action is stayed pending the completion of arbitration or further order of this

7             Court.

8        The Court further orders the parties to file a Joint Status Report within 14 days of completion

9  of arbitration, providing the Court with an update regarding the status of this matter.  If arbitration is

10  not completed by late-June 2026, the Court orders the parties to file a Joint Status Report advising

11  the Court of the status of arbitration and expected completion date no later than June 30, 2026.

12        **IT IS SO ORDERED.**

13

14        Dated:  December 29, 2025

15

16        JOHN A. MENDEZ,
         SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28